# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

WESLEY ROBERTS
ADC #550283                                                                                    PLAINTIFF

v.                                            3:20-cv-00208-JM-JJV

STATE OF ARKANSAS, *et al.*                                                                  DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time to do so has passed. After careful review, this Court adopts the Recommendation in its entirety as its findings in all respects.

IT IS THEREFORE ORDERED that:

1.     The Complaint (Doc. No. 1) is DISMISSED WITHOUT PREJUDICE due to lack of prosecution.

2.     It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 21st day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE