IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

WESLEY ROBERTS
ADC #550283                                                                                    PLAINTIFF

v.                                    3:20-cv-00208-JM-JJV

STATE OF ARKANSAS, *et al*.                                                    DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, this case is DISMISSED WITHOUT PREJUDICE, and this case is CLOSED.   It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.   28 U.S.C. § 1915(a)(3).

Dated this 21st day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE